CENTER FOR DISABILITY ACCESS
RAYMOND G. BALLISTER, JR., SBN 111282
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
IsabelM@PotterHandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Roger Cortez**, | Case No. 1:14-CV-00061-LJO-GSA |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER** |
| **City of Porterville**; and Does 1–10, | |
| Defendants. | (ECF No. 24) |

Based on the stipulation between the parties (ECF No. 24) and good cause appearing, the Court orders the following deadlines to be continued as follows:

///

///

///

///

///

///

///

///

-1-

Order                                   Case No. 1:14-CV-00061-LJO-GSA

|  | **PREVIOUS DATE** | **NEW DATE** |
|---|---|---|
| **Expert disclosure** | April 27, 2015 | July 30, 2015 |
| **Rebuttal expert disclosure** | May 26, 2015 | August 14, 2015 |
| **Non-expert discovery cutoff** | May 26, 2015 | August 31, 2015 |
| **Expert discovery cutoff** | July 8, 2015 | August 31, 2015 |
| **Non-dispositive motion filing deadline** | August 10, 2015 | September 11, 2015 |
| **Dispositive motion deadline** | August 31, 2015 | October 16, 2015 |
| **Pretrial Conference** | December 2, 2015<br><br>Time: 8:15 a.m.<br><br>Dept.: 4 | January 13, 2016<br><br>Time: 8:15 a.m.<br><br>Dept.: 4 |
| **Trial** | February 2, 2016<br><br>Time: 8:30 a.m.<br><br>Dept.: 4 | March 15, 2016<br><br>Time: 8:30 a.m.<br><br>Dept.: 4 |

IT IS SO ORDERED.

Dated: **July 20, 2015**          /s/ Gary S. Austin
                         UNITED STATES MAGISTRATE JUDGE