UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ROGER CORTEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PORTERVILLE and Does 1-10,<br><br>    Defendants. | Case: 1:14-CV-00061-LJO-GSA<br><br>**ORDER** |

## **ORDER**

Pursuant to the stipulation of all parties, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: **November 5, 2015**       **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE